| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Aug. 18, 2009<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

In Re:

**Jerry W Swanson**

**Jan M Swanson**

        DEBTOR(s).

Case Number: **09–12347**

To:

**Jerry W Swanson**

**Jan M Swanson**

**405 Flintridge Ct**
**Norman, OK 73072**

**Ginger D. Goddard**

**224 West Gray Street, Ste 202**
**Norman, OK 73069**

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

   A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, and 1328.

The Court is prohibited from discharging a case until the certificate is filed

The docket indicates that the case referenced above will soon be :ready for discharge.  A certificate of completion of an instruction course concerning financial management has not been filed.

   A discharge cannot be issued in this case until a certificate of completion has been filed.  If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED:  **8/18/09**

| | |
|---|---|
| U.S. Post Office / Federal Building<br>215 Dean A. McGee Avenue<br>Oklahoma City, OK. 73102<br>Telephone Number: (405) 609–5700<br>Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday | FOR THE COURT:<br>**Grant E. Price**<br>**Clerk of the Bankruptcy Court** |

# CERTIFICATE OF NOTICE

```
District/off: 1087-5          User: shol              Page 1 of 1              Date Rcvd: Aug 18, 2009
Case: 09-12347                Form ID: ntcfinmt       Total Noticed: 1

The following entities were noticed by first class mail on Aug 20, 2009.
db/jdb       +Jerry W Swanson,    Jan M Swanson,   405 Flintridge Ct,   Norman, OK 73072-4480

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                        **Signature:**    *Joseph Speetjens*